AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| David Rees | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-00828 |
| Newcomer Funeral Service Group, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Newcomer Funeral Service Group.

Date:   10/25/2019

/s/: Peter A. Saba
*Attorney's signature*

Peter A. Saba / 0055535
*Printed name and bar number*

2623 Erie Avenue
Cincinnati, Ohio 45208

*Address*

pas@sspfirm.com
*E-mail address*

(513) 533-2701
*Telephone number*

(513) 533-2711
*FAX number*