# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| David Rees )<br>*Plaintiff* )<br>v. )<br>Newcomer Funeral Service Group, Inc. )<br>*Defendant* ) | Case No. 1:19-cv-00828 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Newcomer Funeral Service Group .

Date: 10/25/2019

/s/: Joshua M. Smith
*Attorney's signature*

Joshua M. Smith / 0092360
*Printed name and bar number*

2623 Erie Avenue
Cincinnati, Ohio 45208

*Address*

jms@sspfirm.com
*E-mail address*

(513) 533-6715
*Telephone number*

(513) 533-2999
*FAX number*