IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RE:   Reassignment of Cases to the Docket of
      District Judge Matthew W. McFarland

## ORDER

The attached cases are hereby reassigned to the docket of the Honorable Matthew W. McFarland.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF JUDGE

| | |
|---|---|
| 1:15-cv-00193-MRB-MRM | Creech v. Warden, Chillicothe Correctional Institution |
| 1:15-cv-00506-SJD | Kondash v. Kia Motors America, Inc. et al |
| 1:15-cv-00645-SJD-KLL | Alford v. Mohr et al |
| 1:16-cv-00298-TSB | Hardesty et al v. Kroger Co. et al |
| 1:16-cv-01045-SJD-SKB | United States of America et al v. Exelan Pharmaceuticals Inc. |
| 1:16-cv-01059-SJD-KLL | Ramsey v. Receivables Performance Management, LLC |
| 1:16-cv-01128-MRB-SKB | Allgeyer v. Cincinnati City of et al |
| 1:17-cv-00175-MRB-SKB | Hearod v. Fifth Third Bank |
| 1:17-cv-00235-SJD | Shelton v. City of Cincinnati, Ohio |
| 1:17-cv-00339-TSB | Turner v. McCullough-Hyde Memorial Hospital |
| 1:17-cv-00364-SJD-KLL | United States of America v. Richter et al |
| 1:17-cv-00417-SJD | Farris v. U.S. Financial Life Insurance Company |
| 1:17-cv-00421-SJD-SKB | United States of America et al v. AvKARE, INC. |
| 1:17-cv-00431-SJD-KLL | Reising et al v. The Toro Company |
| 1:17-cv-00472-TSB | J&J Sports Productions, Inc. v. Nichols |
| 1:17-cv-00475-SJD-SKB | Gischel v. University of Cincinnati et al |
| 1:17-cv-00492-MRB | Patrick v. Shawnee State University |
| 1:17-cv-00542-MRB | Hurt v. Norfolk Southern Railway Company |
| 1:17-cv-00583-MRB-KLL | Brown v. Warden, Chillicothe Correctional Institution |
| 1:17-cv-00609-SJD-SKB | Copperhead Industrial Inc. et al v. G.E. Schmidt, Inc. et al |
| 1:17-cv-00724-TSB | Britt v. Hamilton County, Ohio et al |
| 1:17-cv-00817-MRB | Strozier v. Warren County, Ohio |
| 1:17-cv-00840-MRB-SKB | Oatly AB et al v. D's Naturals LLC |
| 1:17-cv-00860-SJD-SKB | Bauer et al v. GE Aviation Systems LLC et al |
| 1:18-cv-00032-TSB | Lloyd v. The Procter & Gamble Disability Benefit Plan |
| 1:18-cv-00033-TSB | Evans et al v. Colerain RV |
| 1:18-cv-00044-TSB | Gosney v. PNC Bank, National Association |
| 1:18-cv-00048-TSB | Margaret Mary Roudebush Tedder v. Kotar et al |
| 1:18-cv-00050-TSB | Harmon v. DW Tool Inc. et al |
| 1:18-cv-00053-SJD | Jordan et al v. Union Township Board of Trustees et al |
| 1:18-cv-00061-MRB-SKB | Ridder v. Warden, Chillicothe Correctional Institution |
| 1:18-cv-00087-SJD-KLL | Khamisi et al v. Deters et al |
| 1:18-cv-00091-SJD-KLL | Durham v. Niffenegger et al |
| 1:18-cv-00106-SJD-KLL | Maseru v. University Of Cincinnati |
| 1:18-cv-00107-SJD-SKB | Gilvin et al v. FCA US LLC et al |
| 1:18-cv-00124-TSB | Gentry v. Department of Education |
| 1:18-cv-00144-SJD-SKB | Myers v. Wells Fargo Bank, N.A. |
| 1:18-cv-00271-SJD-SKB | Jones v. Conagra Foods Inc et al |
| 1:18-cv-00295-SJD-KLL | Cheatham v. Postal Service (U.S) |
| 1:18-cv-00318-MRB-MRM | Gentry v. Warden, Correctional Reception Center |
| 1:18-cv-00335-MRB-KLL | Smith v. Warden, Pickaway Correctional Institution |
| 1:18-cv-00361-TSB-SKB | Haywood v. Fri et al |
| 1:18-cv-00377-SJD-SKB | Millington v. CSX Transportation, Inc. |
| 1:18-cv-00395-MRB-SKB | Bowie v. Hamilton County Juvenile Court |
| 1:18-cv-00403-SJD-SKB | Jones v. Village of Golf Manor et al |
| 1:18-cv-00405-SJD | Aday v. Westfield Insurance Company |
| 1:18-cv-00412-SJD-KLL | Brown et al v. City Of Cincinnati et al |
| 1:18-cv-00453-MRB | Waypoint Aviation, LLC v. Centimark Corporation |

| Case Number | Case Name |
|---|---|
| 1:18-cv-00471-SJD-SKB | 54 Realty, Ltd v. Himes |
| 1:18-cv-00486-SJD-SKB | Moore v. Coca Cola Bottling Company Consolidated |
| 1:18-cv-00502-MRB | Bates v. Anthem Insurance Companies, Inc. |
| 1:18-cv-00552-SJD-SKB | Briggs v. University of Cincinnati |
| 1:18-cv-00578-SJD-SKB | Relo Franchise Services, Inc. v. Gilman et al |
| 1:18-cv-00631-SJD-SKB | Aaron et al v. AETNA et al |
| 1:18-cv-00638-MRB | Calvary Industries, INC. v. McLaren |
| 1:18-cv-00690-TSB | Wilson v. Rezvannejad et al |
| 1:18-cv-00703-MRB | Clausing v. Norfolk Southern Railway Company |
| 1:18-cv-00711-TSB-SKB | Harris v. Warden, Dayton Correctional Institution |
| 1:18-cv-00716-TSB | Robertson v. FinPan, Inc. |
| 1:18-cv-00739-TSB | Edmund F. Turek Trust IMA v. PNC BANK, NATIONAL ASSOCIATION |
| 1:18-cv-00746-MRB | Kemp v. J.J.B. Hilliard, W.L. Lyons, LLC |
| 1:18-cv-00787-SJD-SKB | Cornett et al v. Durrani, MD et al |
| 1:18-cv-00788-SJD-SKB | Powers v. Durrani, MD et al |
| 1:18-cv-00790-SJD-SKB | Shahbabian, M.D. v. Trihealth, Inc. et al |
| 1:18-cv-00794-SJD-KLL | Aerpio Pharmaceuticals, Inc. v. Quaggin et al |
| 1:18-cv-00798-SJD-SKB | PP1 et al v. Minford Local Schools et al |
| 1:18-cv-00806-TSB | Kelley et al v. Encompass Home and Auto Insurance Company |
| 1:18-cv-00809-SJD-SKB | Levandofsky v. Durrani et al |
| 1:18-cv-00813-MRB | Hawthorne et al v. DaVita Inc. et al |
| 1:18-cv-00820-TSB-KLL | Hamm v. Warden, Lebanon Correctional Institute |
| 1:18-cv-00824-TSB | Gregory v. West Clermont Local School District Board Of Education |
| 1:18-cv-00829-SJD-KLL | Hart v. Jeff Wyler Colerain, Inc. et al |
| 1:18-cv-00834-SJD-SKB | Foster et al v. Durrani et al |
| 1:18-cv-00843-MRB-KLL | Cassidy v. Warden, Lebanon Correctional Institution |
| 1:18-cv-00846-SJD | Rosemeyer v. Scripps Media Inc. et al |
| 1:18-cv-00871-TSB | Bush Truck Leasing, Inc. v. Cummins, Inc. et al |
| 1:18-cv-00876-MRB | Gutierrez v. StoneMor Partners, L.P. |
| 1:18-cv-00887-MRB | Eastgate Health and Wellness, LLC et al v. Automatic Data Processing, Inc. et al |
| 1:18-cv-00896-SJD-KLL | Days v. Norfolk Southern Railway Company |
| 1:19-cv-00008-MRB | MATHEWS v. Children's Hospital Medical Center et al |
| 1:19-cv-00016-SJD-SKB | Steelman v. Warden, London Correctional Institution |
| 1:19-cv-00029-SJD-SKB | Kennedy v. Harb |
| 1:19-cv-00030-SJD-SKB | Fugate v. Erdos et al |
| 1:19-cv-00032-SJD-KLL | Santiago v. Meyer Tool Incorporated |
| 1:19-cv-00044-MRB-KLL | Miller v. Quisenberry et al |
| 1:19-cv-00051-TSB-SKB | Pippin v. Warden, Southern Ohio Correctional Facility |
| 1:19-cv-00057-TSB | Trustees of the Southwest Ohio Regional Council of Carpenters Pension Plan et al v. AIC Contracting, Inc. et al |
| 1:19-cv-00060-SJD-KLL | Baker v. Carnine et al |
| 1:19-cv-00073-SJD-KLL | Superior Credit Union, Inc. v. CUMIS Insurance Society Inc |
| 1:19-cv-00123-MRB-SKB | Hunter v. Eaches et al |
| 1:19-cv-00134-MRB | Heath et al. v. Highlift Equipment, Ltd. et al. |
| 1:19-cv-00135-TSB | Carpenter v. True Solution, INc. |
| 1:19-cv-00141-MRB | Jarrett v. Charter Communications, Inc. |
| 1:19-cv-00147-TSB | Berens v. CSX Transporation, Inc. |

| | |
|---|---|
| 1:19-cv-00148-MRB | Jamestown Village Condominium Association v. Travelers Casualty Insurance Company of America |
| 1:19-cv-00150-TSB-SKB | Stiltner v. Donini et al |
| 1:19-cv-00162-SJD-SKB | Pitts v. Warden London Correctional Insitution |
| 1:19-cv-00180-TSB-KLL | Stewart v. Commissioner of Social Security |
| 1:19-cv-00183-SJD-SKB | Vester v. General Electric Company |
| 1:19-cv-00200-TSB-KLL | Passmore v. The Pentagon |
| 1:19-cv-00201-TSB | The Bidwell Family Corporation et al v. Shape Corp. et al |
| 1:19-cv-00217-TSB-SKB | Rhodus v. Commissioner of Social Security |
| 1:19-cv-00221-TSB | Leslie v. Cunningham Restaurant Group, LLC |
| 1:19-cv-00222-TSB | Howard v. Southern Ohio Pizza, Inc. et al |
| 1:19-cv-00233-SJD-KLL | Walker v. Warden Chillicothe Correctional Institution |
| 1:19-cv-00235-MRB | Ganz et al v. Pappas Restaurant, Inc. |
| 1:19-cv-00240-TSB | Healey v. Pharmacists Mutual Insurance Company et al |
| 1:19-cv-00247-SJD-SKB | Brown v. Walmart, Inc. et al |
| 1:19-cv-00248-TSB | Grubbs v. Smith & Nephew, Inc. |
| 1:19-cv-00250-SJD-SKB | Norman et al v. Superior Credit Union, Inc. et al |
| 1:19-cv-00256-TSB-SKB | Ikharo v. Shanks et al |
| 1:19-cv-00257-SJD-KLL | Vesper et al v. Rolf Goffman Martin Lang LLP et al |
| 1:19-cv-00261-SJD-KLL | Southern Ohio Medical Center v. Griffith et al |
| 1:19-cv-00274-SJD-SKB | Howard v. Warden, Pickaway Correctional Institution |
| 1:19-cv-00283-MRB | Gibson v. The Selinksy Force, LLC et al |
| 1:19-cv-00290-SJD-SKB | Jackson v. Equifax Information Services LLC et al |
| 1:19-cv-00292-SJD-SKB | Crossty v. Warden, Mansfield Correctional Institution |
| 1:19-cv-00293-MRB | Whitehead v. Orkin, LLC |
| 1:19-cv-00298-MRB-KLL | Smith v. Warden, London Correctional Institute |
| 1:19-cv-00314-TSB | Turner et al v. Flipdaddy's LLC |
| 1:19-cv-00375-SJD-KLL | Lloyd v. Warden Chillicothe Correctional Institution |
| 1:19-cv-00378-SJD-KLL | Truitt v. Kings Daughters Medical Center |
| 1:19-cv-00379-SJD-SKB | Trustees of the Southwest Ohio Regional Council of Carpenters Pension Plan et al v. Faith Millwright & Rigging, Inc. |
| 1:19-cv-00382-SJD-SKB | Dawson-Durgan v. Warden, Warren Correctional Institution |
| 1:19-cv-00386-SJD-KLL | Dennis et al v. Ohio State Teachers Retirement Board |
| 1:19-cv-00389-SJD-KLL | Hawkins v. MEK Wellness LLC dba Massage Envy et al |
| 1:19-cv-00395-MRB | Geo-Tag, LLC v. Guala Closures Spa et al |
| 1:19-cv-00398-SJD-SKB | Goldblum v. University Of Cincinnati |
| 1:19-cv-00413-SJD-SKB | Breitenstein v. Deters et al |
| 1:19-cv-00424-TSB | Kaplan v. Jewish Family Service |
| 1:19-cv-00425-SJD-SKB | Dragustinovis-Valdez v. Apex Industrial Technologies, LLC |
| 1:19-cv-00440-MRB-KLL | United States Of America v. Maks Family Pharmacy Inc. |
| 1:19-cv-00443-SJD-KLL | T.S. et al v. United HealthCare Services, Inc. et al |
| 1:19-cv-00446-TSB-KLL | Dates v. HSBC Bank USA, N.A. et al |
| 1:19-cv-00447-MRB-SKB | Johnson v. State of Ohio et al |
| 1:19-cv-00460-SJD-SKB | Nutt v. Seta et al |
| 1:19-cv-00473-MRB-KLL | Huber v. Bates et al |
| 1:19-cv-00477-SJD-SKB | Southern Ohio Medical Center v. Linne et al |
| 1:19-cv-00481-MRB | Trustaff Travel Nurses, LLC v. Trusted, Inc. |
| 1:19-cv-00549-SJD-SKB | Cropper v. United of Omaha Life Insurance Company |

| | |
|---|---|
| 1:19-cv-00559-TSB | Shipmon v. Eyemed Vision Care LLC |
| 1:19-cv-00569-TSB | Ameritas Life Insurance Corp. et al v. Federal Insurance Company et al |
| 1:19-cv-00574-TSB-KLL | Brown v. Total Quality Logistics |
| 1:19-cv-00581-TSB-SKB | Richard v. Commissioner of Social Security |
| 1:19-cv-00586-TSB | Eidolon Optical, LLC v. Haag-Streit USA, Inc. |
| 1:19-cv-00594-SJD-SKB | Sturgill v. Muterspaw et al |
| 1:19-cv-00595-SJD-SKB | Hutchinson v. City of Fairfield Police Department et al |
| 1:19-cv-00601-MRB | Torok v. Orion Payment Solutions LLC |
| 1:19-cv-00602-SJD-KLL | Cmehil v. Bluford Jackson & Son, Inc. |
| 1:19-cv-00605-TSB | Sullivan et al v. Biomet Inc et al |
| 1:19-cv-00611-SJD-SKB | Phillips et al v. Village of New Richmond et al |
| 1:19-cv-00613-TSB | Forman et al v. TriHealth, Inc. |
| 1:19-cv-00615-SJD-SKB | McCullum v. KDM Signs, Inc. |
| 1:19-cv-00616-SJD-KLL | Manuel v. University of Cincinnati |
| 1:19-cv-00617-SJD-KLL | H.H. Franchising Systems, Inc. v. Shrawder-Miles |
| 1:19-cv-00643-TSB | Blaylock v. TSS Acquisition Company et al |
| 1:19-cv-00651-TSB-KLL | Witt v. Commissioner of Social Security |
| 1:19-cv-00674-TSB | Brown v. Queen City Supply Company |
| 1:19-cv-00681-SJD-SKB | Gibson et al v. Board of Education of the Winton Woods City School District |
| 1:19-cv-00686-SJD-SKB | Johnson et al v. Trinity Couriers, Inc. et al |
| 1:19-cv-00692-TSB | Collins v. Central Railroad of Indiana et al |
| 1:19-cv-00695-SJD-KLL | Fuhrman v. Worldpay, LLC |
| 1:19-cv-00696-SJD-SKB | Vesi Incorporated v. Vera Bradley Designs Inc. et al |
| 1:19-cv-00701-SJD-SKB | Bench Billboard Company v. City Of Cincinnati et al |
| 1:19-cv-00705-TSB-KLL | Steele v. United States of America et al |
| 1:19-cv-00709-SJD-KLL | Beason v. JACK Entertainment, LLC |
| 1:19-cv-00712-TSB-SKB | Jenkins v. Office of Personnel Management |
| 1:19-cv-00714-SJD-KLL | Watkins v. Account Control Technology, Inc |
| 1:19-cv-00715-SJD-SKB | Shearer v. Warden, Dayton Correctional Institution |
| 1:19-cv-00719-SJD-KLL | Amos et al v. NVR INC. |
| 1:19-cv-00723-TSB | Reverman v. Estate Information Services, LLC |
| 1:19-cv-00726-MRB | Bechtel v. Fitness Equipment Services, LLC dba Sole Fitness |
| 1:19-cv-00731-TSB-KLL | Lin v. United States Attorney General et al |
| 1:19-cv-00736-TSB | United States Of America v. Two Hundred Eighty-Four Thousand Nine Hundred Forty-Two and 00/100 Dollars ($284,942.00) in United States Currency |
| 1:19-cv-00742-SJD-KLL | R&M Price Enterprise v. FedEx Ground Package System, Inc. |
| 1:19-cv-00749-SJD-KLL | Prewitt v. Equifax Information Services LLC et al |
| 1:19-cv-00756-MRB | Lawson v. Miami Valley Gaming & Racing LLC et al |
| 1:19-cv-00791-TSB | Mooney et al v. Genzyme Corporation |
| 1:19-cv-00795-SJD-KLL | Raphael v. Warden, Madison Correctional Institution |
| 1:19-cv-00800-TSB | Sanders v. City Of Cincinnati |
| 1:19-cv-00801-SJD-SKB | Anderson v. Barr et al |
| 1:19-cv-00805-SJD-KLL | Ellis v. Warden, Marion Correctional Institution |
| 1:19-cv-00815-SJD-KLL | Ciriaco v. Verizon Wireless et al |
| 1:19-cv-00819-MRB | Wright v. Finley |
| 1:19-cv-00820-SJD-SKB | IDS Casualty Insurance, Co. v. Kiphart |

| | |
|---|---|
| 1:19-cv-00828-SJD-SKB | Rees v. Newcomer Funeral Service Group, Inc. |
| 1:19-cv-00836-MRB | J.W. et al v. Finneytown Local School District Board of Education et al |
| 1:19-cv-00841-SJD-SKB | O'Banion et al v. Martin Marietta Materials, Inc. |
| 1:19-cv-00842-SJD-KLL | United States of America v. Johnson et al |
| 1:19-cv-00846-MRB | Unrine v. Life Insurance Company of North America |
| 1:19-cv-00849-SJD-SKB | Dillingham v. Laboratory Corporation of America Holdings et al |
| 1:19-cv-00852-TSB | Pannek et al v. U.S. Bank National Association |
| 1:19-cv-00853-SJD-KLL | Hogue v. Marten Transport Limited et al |
| 1:19-cv-00856-SJD-SKB | Creeden v. The Christ Hospital |
| 1:19-cv-00857-TSB | Fern v. City of Cincinnati |
| 1:19-cv-00866-SJD-SKB | Frank v. PNC Bank, N.A. |
| 1:19-cv-00869-MRB-KLL | Lynn v. Warden, Madison Correctional Institution |
| 1:19-cv-00872-TSB-KLL | Wilson v. CC Holdings Restaurant Group |
| 1:19-cv-00883-MRB | Carter v. Nationwide Recovery Service of TN, Inc. |
| 1:19-cv-00885-SJD-KLL | WRIGHT v. GENERAL ENGINE PRODUCTS, LLC et al |
| 1:19-cv-00888-TSB | Ndukwe et al v. Walker, Jr. et al |
| 1:19-cv-00889-SJD-KLL | Clendenin v. United States Of America |
| 1:19-cv-00908-TSB | Dodds v. Family Dollar Stores of Ohio, Inc. et al |
| 1:19-cv-00911-MRB | Pearson v. Funky's Business Ventures, Inc. et al |
| 1:19-cv-00912-TSB-KLL | Morrissette v. Warden, Lebanon Correctional Institution |
| 1:19-cv-00913-MRB | Cheers v. Rosa et al |
| 1:19-cv-00915-SJD-KLL | Brock v. Hamilton County Sheriffs et al |
| 1:19-cv-00916-SJD-KLL | Select Rehabilitation, LLC v. River's Bend Health Care, LLC |
| 1:19-cv-00920-MRB-SKB | Coverdale v. Conley |
| 1:19-cv-00929-SJD-KLL | Green v. Warden, London Correctional Institution |
| 1:19-cv-00930-TSB | Plfum v. The Hartford et al |
| 1:19-cv-00947-TSB | Kaur v. Lal et al |
| 1:19-cv-00951-SJD-SKB | Armor Contract Manufacturing, Inc. v. East Texas Machining & Manufacturing LLC. |
| 1:19-cv-00955-MRB-SKB | Thurmond v. Ford Motor Company |
| 1:19-cv-00959-SJD-SKB | Swartz v. Eastern Local Schools Board of Education et al |
| 1:19-cv-00963-SJD-KLL | Caudill v. The Hartford Life and Accident Insurance Company |
| 1:19-cv-00974-SJD-SKB | Harris v. Add-On Computer Peripherals LLC |
| 1:19-cv-00979-MRB | Stanford v. J.B. Hunt Transport, Inc. |
| 1:19-cv-00983-MRB | Solomon v. Sibcy Cline, Inc. |
| 1:19-cv-00985-SJD | Columbus Life Insurance Company v. Samples et al |
| 1:19-cv-00989-MRB-SKB | Clark v. Best Choice Transporation |
| 1:19-cv-00991-MRB | Quick Feat International Limited v. The J. Peterman Company LLC et al |
| 1:19-cv-00996-SJD-SKB | Wilson v Hartford Life and Accident Insurance Co |
| 1:19-cv-00999-TSB | Kaylor v Multi-Color Corportaion |
| 1:19-cv-01002-SJD-SKB | Kottyan v Costco Wholesale Corp |
| 1:19-cv-01010-TSB | Kaminski v The Hillman Group, Inc |
| 1:19-cv-01012-TSB-SKB | Allen-Amos v Ford Motor Co |
| 1:19-cv-01019-SJD-SKB | Cracchiolo v Kingsbury Trucking |