IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID REES**, | : | Case No. 1:19-cv-00828-MWM |
| Plaintiff | : | |
| | : | Judge Mathew W. McFarland |
| v. | : | |
| | : | |
| **NEWCOMER FUNERAL SERVICE GROUP, INC.**, | : | |
| Defendant | : | |

### AFFIDAVIT OF JOHN NEWCOMER

I, John Newcomer, hereby declare as follows:

1. I am competent to testify and have personal knowledge of the matters set forth herein.

2. I am the President of Defendant Newcomer Funeral Service Group, Inc.

3. Newcomer Funeral Service Group, Inc. is a Kansas corporation doing business in Ohio.

I declare under penalty of perjury that the foregoing statements are true and correct. Further affiant sayeth naught.

_____
John Newcomer

Sworn to and subscribed in my presence this 19th day of July, 2022.

_____
Notary Pubic
State of Kansas
County Shawnee

NOTARY PUBLIC - State of Kansas
JULIE A. GARRISON
My Appt. Expires 7/12/26