IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAVID REES, | : |
| *Plaintiff,* | : Case No. 1:19-cv-828 |
| vs. | : Judge Jeffery P. Hopkins |
| NEWCOMER FUNERAL SERVICE GROUP, INC., | : |
| *Defendant.* | : |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**      This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**      This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the July 16, 2025 Order, the Court **GRANTS** Defendant Newcomer's Motion for Summary Judgment (Doc. 42) and **DISMISSES** this case **WITH PREJUDICE**. The Court **ORDERS** the clerk to **ENTER JUDGMENT** and **TERMINATE** this matter from the docket.

Dated: July 16, 2025

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk